**Motion granted and Order filed April 28, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00209-CV**

_____

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant**

**V.**

**KAREN SIMMONS, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2016-75783**

## O R D E R

Appellant has not timely paid the appeal filing fee. The court previously notified appellant that the fee must be paid on or before April 11, 2022, or else the court may dismiss the appeal. Before the court is appellant's motion for leave to pay late filing fee, in which appellant requests leave to pay its past-due filing fee of $205.00 on April 14, 2022. As of the date of this order, however, the filing fee remains unpaid.

Appellant's motion for leave to file a late appeal filing fee is granted, and appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this

court on or before **May 19, 2022**. If appellant fails to pay the fee by that deadline, the appeal may be dismissed for want of prosecution.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.